UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>Charles P. Forsberg</u>

    v.                                                           Civil No. 12-cv-27-SM

<u>Kearsarge Regional School District</u>


**<u>NOTICE OF RULING</u>**

    Re: Document Nos. 15 and 16, Proposed Discovery Plans

    The parties have submitted competing proposals with respect to discovery but jointly request waiver of the pretrial conference currently scheduled for March 29, 2012. The major disagreement between the parties is whether the case should be placed on a standard or expedited track. The court finds the standard track appropriate in this case. For that reason, the court adopts the defendants' proposed discovery plan (doc. no. 15) with the following modification: trial is scheduled for the two-week period beginning April 16, 2013. The pretrial currently scheduled for March 29, 2012, is cancelled.

    SO ORDERED.

                                                                    Landya McCafferty
                                                                   United States Magistrate Judge

March 27, 2012
cc:  Charles P. Forsberg, Esq.
     Barbara F. Loughman, Esq.
     Matthew G. Mavrogeorge, Esq.